| | |
|---|---|
| ELIZABETH A. FALCONE<br>CA Bar No. 219084<br>elizabeth.falcone@ogletree.com<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.,<br>The KOIN Center<br>222 SW Columbia Street, Suite 1500<br>Portland, OR 97201<br>Telephone: 503.552.2166<br>Facsimile: 503.224.4518 | MICHAEL J. NADER, CA Bar No. 200425<br>michael.nader@ogletreedeakins.com<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.<br>500 Capitol Mall, Suite 2500<br>Sacramento, CA 95814<br>Telephone: 916.840.3150<br>Facsimile: 916.840.3159 |

JASON P. BROWN, CA Bar No. 266472
jason.brown@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
J.R. SIMPLOT COMPANY

[*Additional Counsel on Subsequent page*]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOLIVAR GAITAN; as an individual, LILIANA AGUILAR; as an individual, CESAR SALDANA; as an individual, BRIAN WHEELER; as an individual, MANUAL CHAVEZ; as an individual, BRYAN MCELROY; as an individual, JEFF CAMACHO; as an individual, MARK QUINN; as an individual, JERRY GARCIA; as an individual, and JAMES POWER; as an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>J.R. SIMPLOT COMPANY, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>    Defendant. | Case No. 2:18-cv-03009 JAM-KLN<br><br>**STIPULATION AND ORDER TO SUBMIT MATTER TO BINDING ARBITRATION AND TO STAY COURT ACTION PENDING ARBITRATION**<br><br>Action Filed: November 13, 2018<br>Trial Date: None Set |

| 1 | Jonathan Black, CA Bar No. 275017
jonathan@westonlawpc.com
| 2 | Stephanie Meyer, CA Bar No. 311036
stephanie@westonlawpc.com
| 3 | WESTON LAW GROUP, PC
1600 S. Main St. Ste. 370
| 4 | Walnut Creek, CA 94596
Tel: 925.362.3120
| 5 |
| 6 | Attorneys for Plaintiffs
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

Case No. 2:18-cv-03009 JAM-KLN
STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION
AND TO STAY COURT ACTION PENDING ARBITRATION

# STIPULATION

WHEREAS, on November 13, 2018, Plaintiffs Bolivar Gaitan, Liliana Aguilar, Cesar Saldana, Brian Wheeler, Manuel Chavez, Bryan McElroy, Jeff Camacho, Mark Quinn, Jerry Garcia, and James Power ("Plaintiffs") filed this action in the Superior Court of California for the County of San Joaquin against Defendant J.R. Simplot Company ("Defendant" or "Simplot") alleging causes of action for: (1) fraud; (2) declaratory relief for rescission of settlement agreements; (3) unpaid overtime violations of California Labor Code Sections 510 and 1198; (4) unpaid meal period premiums in violation of Labor Code Sections 226.7 and 512(a); (5) unpaid rest period premiums in violation of Labor Code Section 226.7; (6) unpaid minimum wages in violation of Labor Code Sections 1194, 1197, and 1197.1; (7) wages not timely paid during employment in violation of Labor Code Section 204; (8) non-compliant wage statements in violation of Labor Code Section 226(a); (9) failure to keep requisite payroll records in violation of Labor Code Section 1174(d); (10) unreimbursed business expenses in violation of Labor Code Sections 2800 and 2802; and (11) unlawful business practices in violation of California Business & Professions Code Section 17200, *et seq.* (the "Action").

WHEREAS, on November 21, 2018, Defendant removed this Action to this Court.

WHEREAS, the parties have agreed to submit the Action to binding and final arbitration before a single arbitrator at JAMS pursuant to the JAMS Employment Rules and Procedures;

WHEREAS, the parties have agreed that this Court shall retain jurisdiction of this matter to enforce any arbitration award;

NOW, THEREFORE, Plaintiffs and Defendant, by and through their respective counsel, hereby stipulate and agree as follows:

1. The Action shall be submitted to binding arbitration before a single arbitrator with JAMS and pursuant to the JAMS Employment Rules and Procedures;

2. Defendant will pay all costs unique to the arbitration.

3. The Action shall be stayed pending arbitration, and all dates currently on calendar shall be vacated.

/ / /

| | |
|---|---|
| **IT IS SO STIPULATED.** | |
| DATED: March 6, 2019 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |

By: _____
ELIZABETH A. FALCONE
MICHAEL J. NADER
JASON P. BROWN

Attorneys for Defendant
J.R. SIMPLOT COMPANY

DATED: March 6, 2019                              WESTON LAW P.C.

By: _____
JONATHAN BLACK

Attorneys for Plaintiffs

## **ORDER**

For GOOD CAUSE showing, it is hereby ORDERED that this matter be referred to binding arbitration before JAMS and pursuant to the JAMS Employment Rules and Procedures;

It is FURTHER ORDERED that the Action shall be stayed pending arbitration, and all dates currently on calendar shall be vacated. The Court shall retain jurisdiction of this matter to enforce any arbitration award.

**SO ORDERED**.

DATED: 3/6/2019

/s/ John A. Mendez
Hon. John A. Mendez